1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ARNOLD COX, JR,

8

                        Plaintiff,                    Case No. C11-416-TSZ

9

        v.                                            **ORDER REVERSING AND
                                                      REMANDING CASE FOR
10                                                    FURTHER ADMINISTRATIVE
MICHAEL J. ASTRUE, Commissioner of the                PROCEEDINGS**
11 Social Security Administration,

12                      Defendant.

13          The Court, after careful consideration of the plaintiff's complaint, the parties'

14 briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States

15 Magistrate Judge, docket no. 18, to which no objections have been filed, and the balance

16 of the record, does hereby find and **ORDER**:

17          (1)     The Court adopts the Report and Recommendation.

18          (2)     The Commissioner's decision is **REVERSED** and the case is

19                  **REMANDED** to the Social Security Administration for further

20                  proceedings consistent with the Report and Recommendation.

21          (3)     The Clerk is directed to send copies of this Order to the parties and to Judge

22                  Brian A. Tsuchida.

23

ORDER REVERSING AND REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 1

1

2          DATED this 9th day of November, 2011.

3

4                                                    _Thomas S. Zilly_

5                                                    Thomas S. Zilly
                                                     United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER REVERSING AND REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 2